ACCEPTED
01-12-00896-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 7:53:09 AM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FIRST DISTRICT COURT OF APPEALS**
**NO. 01-12-00896-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 7:53:09 AM
CHRISTOPHER A. PRINE
Clerk

**CRAIG BEAL**
**APPELLANT**

**On Appeal from Cause No. 1793757**
**From the County Criminal Court #8**
**Harris County, Texas**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

---

**MOTION TO REINSTATE CASE**
_____

CRAIG LYNN BEAL, Appellant, requests that this appeal be reinstated and that this Court issue a judgment in accordance with the findings submitted by the trial court that the appellant is entitled to a new trial.

1. The trial in this misdemeanor case occurred three years ago on September 12, 2012.

2. On June 30, 2015, the trial court entered findings stating that the court reporter, Sondra Humphrey, failed to keep a record in this case and will not ever file a complete and accurate record. She has been in continuous non-compliance— and held in contempt of court—for failing to turn over any of her materials or notes in this case or even appear in court as ordered repeatedly by this Court and the trial court over the course of years.

3. On June 30, 2015, the trial court found that the appellant is entitled to a new trial.

4. Appellant suggests that this case be submitted and decided on the basis of the trial court's findings as occurred recently in the similar case of Victor Bankett v. State, 01-13-00896-CR.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court reinstate this appeal and issue a judgment in accordance with the trial court's findings.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas


/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net


## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.


/s/ Sarah V. Wood
Sarah V. Wood